# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARCUS WATTS | ) | CASE NO.: 3:19-CV-356 |
| | ) | |
| Plaintiff, | ) | U.S. District Judge Thomas M. Rose |
| | ) | |
| vs. | ) | Magistrate Judge Sharon L. Ovington |
| | ) | |
| ERNST ENTERPRISES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGREED ORDER ADJUSTING CASE MANAGEMENT DEADLINES

This matter came before the Court on the Joint Motion of Plaintiff Marcus Watts and Defendant Ernst Enterprises, Inc. to adjust and extent certain dates and deadlines in this matter (Doc. #12). The Court hereby finds the parties' Joint Motion to be well taken and hereby grants the same. Accordingly, the following revised dates and deadlines are established in this matter:

1. Defendant shall produce its expert report, if any, within thirty days following the completion of Plaintiff's deposition testimony;

2. All discovery shall be completed on or before September 30, 2020; and,

3. Dispositive Motions shall be filed on or before October 28, 2020.

The Court's December 18, 2019 Preliminary Pretrial Conference Order (Doc. #8) is hereby amended to this effect.

**SO ORDERED** this 30th day of July, 2020.

_s/Sharon L. Ovington_
Sharon L. Ovington
United States Magistrate Judge