## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**MARCUS WATTS,**

        **Plaintiff,**

-vs-                                    **Case No.  3:19-CV-356**

                                            **District Judge Thomas M. Rose**

**ERNST ENTERPRISES, INC.,**

        **Defendants.**

## AMENDED SCHEDULING ORDER

      This matter comes before the Court on its own initiative. The Court would amend the previously set Final Pretrial Conference to Tuesday, July 13, 2021 at 2:30 p.m. and the Jury Trial to Monday, August 23, 2021 at 9:00 a.m. in Courtroom 2.

      **DONE** and **ORDERED** in Dayton, Ohio, this 25$^h$ day of February, 2021.

                                                                 **s/Thomas M. Rose**
                                                                 THOMAS M. ROSE, JUDGE
                                                                 UNITED STATES DISTRICT COURT