# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MARCUS WATTS,  :

   Plaintiff,  :

                              :   Case No. 3:19-CV-356

vs                               District Judge Thomas M. Rose

                              :

ERNST ENTERPRISES, INC.,  :

                              :

   Defendant.

---

## ORDER OF DISMISSAL: TERMINATION ENTRY

      The Court having been advised that on or about April 23, 2021, the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

      Parties may submit a substitute Judgment Entry once settlement is consummated within the thirty (30) day period. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

      IT IS SO ORDERED.

                                                  *s/Thomas M. Rose*

Date: **April 26, 2021**

                                                  Thomas M. Rose, Judge
                                                 United States District Court